**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| ROY LEE WARD, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>BILL WILSON, Superintendent, )<br>)<br>Respondent. ) | Case No. 3:12-cv-00192-RLY-WGH |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day directed the entry of final judgment, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Roy Lee Ward.

Ward's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date:  9/22/2015

Laura Briggs, Clerk of Court

By: _____
       Deputy Clerk

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel